**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Wendy Thomas-Gober<br>Plaintiffs<br>v.<br>Darby Borough, et al.<br>Defendant | :<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br>NO. 09-054996<br>JURY TRIAL DEMANDED |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( x)

| | | |
|---|---|---|
| 3-31-10 | Robert P. DiDomenicis | Darby Borough and Michael Miller |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 610-627-2437 | 610-566-9168 | RDiDomenicis@holstenassoc.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

| | | |
|---|---|---|
| March 31, 2020 | Matthew B. Weisberg | Plaintiff, Wendy Thomas-Gober |
| Date | Telephone | Attorney for |
| 610-690-0801 | 610-690-7401 | mweisberg@ppwlaw.com |
| Telephone | Fax Number | E-Mail Address |

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Wendy Thomas-Gober

**(b)** County of Residence of First Listed Plaintiff: Delaware County
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Matthew Weisberg, Esquire, (610)690-0801
7 South Morton Ave, Morton, PA 19070

**DEFENDANTS**
Darby Borough and Michael Miller

County of Residence of First Listed Defendant: Delaware County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Robert P. DiDomenicis, Esquire (610)627-2437, One Olive St, Media, PA 19063

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
42 U.S.C.§1983

Brief description of cause:
Fourth Amendment Violation

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE N/A DOCKET NUMBER

DATE: 03/31/2010

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: 32 Maramont Circle, Darby, PA 19023

Address of Defendant: Darby Borough, 821 Summit Street, Darby, PA 19023

Place of Accident, Incident or Transaction: Darby Borough, PA

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes☐ No☒

Does this case involve multidistrict litigation possibilities? Yes☐ No☒

*RELATED CASE, IF ANY:*
Case Number: ______ Judge ______ Date Terminated: ______

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐ No☐
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐ No☐
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court? Yes☐ No☐
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐ No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

## ARBITRATION CERTIFICATION

*(Check Appropriate Category)*

I, Robert P. DiDomenicis, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 3-31-10 Robert P. DiDomenicis (Attorney-at-Law) 30482 (Attorney I.D.#)

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.**

DATE: 3-31-10 Robert P. DiDomenicis (Attorney-at-Law) 30482 (Attorney I.D.#)

CIV. 609 (6/08)

**HOLSTEN & ASSOCIATES**
**BY: Robert P. DiDomenicis, Esquire**
**ID No. 30482**
**One Olive Street**
**Media, PA 19063**

**(610) 566-8800**

**Attorneys for Defendants,**
**Darby Borough and Officer Michael Miller**

**IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| **Wendy Thomas-Gober** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **NO. 09-054996** |
| | : | |
| **Darby Borough, et al.** | : | |
| **Defendant** | : | **JURY TRIAL DEMANDED** |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendants, Darby Borough and Officer Michael Miller, by and through their Counsel Robert P. DiDomenicis, hereby remove the above captioned matter to this Honorable Court and provide notice of same to the Plaintiffs. In support of this removal, defendants aver the following:

1. Plaintiff instituted this action by the filing of a writ of summons against Defendant on or about October 16, 2009.

2. Plaintiffs filed a Complaint in the Court of Common Pleas of Delaware County on or about March 16, 2010. (A true and correct copy of Plaintiff's Complaint is attached hereto and marked Exhibit A.)

3. Plaintiffs served the Complaint on Defendant's Counsel shortly thereafter.

4. Plaintiffs' Complaint avers a cause of action pursuant to 42 U.S.C. § 1983 for violations of the Fourth Amendment.

5. The above described Civil Action is one in which this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 based upon the fact that Plaintiffs' Complaint avers a cause of action arising under Federal law, thereby raising a Federal question. This case, therefore, should be removed to this Honorable Court by notice pursuant to 28 U.S.C. § 1441.

**WHEREFORE,** Defendants, Darby Borough and Officer Michael Miller respectfully request that the above captioned action currently pending in the Court of Common Pleas of Delaware County, be removed to this Honorable Court.

**HOLSTEN & ASSOCIATES**

3/31/10

**ROBERT P. DiDOMENICIS, ESQUIRE**
**Attorney for Defendants, Darby Borough and Officer Michael Miller**

# EXHIBIT "A"

**WEISBERG LAW, P.C.**
BY: Matthew B. Weisberg
Attorney ID # 85570
Graham F. Baird
Attorney ID #92692
7 South Morton Avenue
Morton, PA 19070
(610) 690-0801

| | | |
|---|---|---|
| Wendy Thomas-Gober<br>32 Marmont Circle<br>Darby, PA 19023<br>Plaintiff,<br><br>v.<br><br>Darby Borough<br>821 Summit Street<br>Darby, PA 19023<br><br>And<br><br>Michael Miller,<br>Individ and in his official capacity<br>as a police officer for<br>Darby Borough<br>821 Summit Street<br>Darby, PA 19023<br>Defendants. | : | COURT OF COMMON PLEAS<br>DELAWARE COUNTY<br>CIVIL LAW -- ACTION<br><br>No. 09-54996<br><br>JURY OF TWELVE (12) JURORS DEMANDED |

## CIVIL ACTION COMPLAINT

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas ex-puestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas |

judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Delaware County Bar Association

335 West Front Street

Media, PA 19063

610-566-6625

y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

USTED LE DEBE TOMAR ESTE PAPEL A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE A UN ABOGADO, VA A O TELEFONEA LA OFICINA EXPUSO ABAJO. ESTA OFICINA LO PUEDE PROPORCIONAR CON INFORMATION ACERCA DE EMPLEAR A UN ABOGADO.

SI USTED NO PUEDE PROPORCIONAR PARA EMPLEAR UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLO CON INFORMACION ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER LOS SERVICIOS LEGALES A PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO NI NINGUN HONORARIO.

Delaware County Bar Association

335 West Front Street

Media, PA 19063

610-566-6625

**WEISBERG LAW, P.C.**
BY: Matthew B. Weisberg
Attorney ID # 85570
Graham F. Baird
Attorney ID #92692
7 South Morton Avenue
Morton, PA 19070
(610) 690-0801

| | | |
|---|---|---|
| Wendy Thomas-Gober<br>32 Marmont Circle<br>Darby, PA 19023<br>Plaintiff, | : | COURT OF COMMON PLEAS<br>DELAWARE COUNTY<br>CIVIL LAW -- ACTION |
| v. | : | No. 09-54996 |
| Darby Borough<br>821 Summit Street<br>Darby, PA 19023 | : | |
| And | : | |
| Michael Miller,<br>Individ and in his official capacity<br>as a police officer for<br>Darby Borough<br>821 Summit Street<br>Darby, PA 19023<br>Defendants. | : | JURY OF TWELVE (12) JURORS DEMANDED |

## CIVIL ACTION COMPLAINT

1. Plaintiff, Wendy Thomas-Gober ("Thomas-Gober"), is an adult individual and citizen currently residing at the above-captioned address.

2. Defendant, Darby Borough ("Borough"), is a municipal agency, registered to transact business in the Commonwealth of Pennsylvania, with agents authorized to receive service of process at the above-listed address, and owns, operates, manages, directs and controls the Darby Borough Police Department, which employs Defendant, Miller, at all times material having acted under color of state law.

3. Defendant, Michael Miller ("Miller"), is a was at all times material hereto a police officer with the Darby Borough Police Department and was the primary officer responsible for the arrest relevant to this matter, believed a citizen of the Commonwealth of Pennsylvania, and was operating in his official capacity as an employee, worker, or agent of co-Defendant at the above-captioned address, and he is being sued individually and in his official capacity, having acted under color of state law.

4. On or about October 18, 2007, Plaintiff was lawfully upon the premises of 32 Marmot Circle, Darby, Delaware County, Pennsylvania.

5. On the above date, Plaintiff got into a physical altercation with her daughter's boyfriend, Joseph Naylis.

6. Upon information and belief, Naylis has bipolar disorder.

7. At the time of the altercation, officers from the Darby Borough Police Department, including Defendant, Miller, arrived at the scene before Plaintiff.

8. Upon information and belief, Plaintiff's daughter, Amanda Thomas had called the police because Naylis was mishandling Naylis and Thomas's toddler, and Amanda Thomas was afraid he was going to harm the child.

9. While officers from the Darby Borough Police were at the scene, Plaintiff arrived in her vehicle, exited her vehicle, approached and punched Naylis in the face.

10. Plaintiff was immediately detained by officers of the Darby Borough Police Department, who grabbed Plaintiff by the shoulder and violently shook her around, causing Plaintiff to fall to the ground and suffering a superior labral tear extending from anterior posterior to the biceps anchor.

11. Plaintiff was then arrested, handcuffed and transported, via cruiser, to the Delaware County Courthouse, where she was placed under the supervision of Defendant's Sheriff's Office.

12. While under the care of Sheriff's Office, Plaintiff was kept in handcuffs.

13. Approximately five (5) hours after being assaulted, Plaintiff was taken before a judge.

14. At that point, Plaintiff was released on her own recognizance and she left the jail and returned to her residence.

15. Plaintiff was never charged with any criminal offense or crime arising out of the October 18, 2007 incident.

16. Defendants' physical attack on Plaintiff where she was shaken around by her shoulders and sustained a superior labral tear extending from anterior posterior to the biceps anchor constitutes excessive force.

## Damages

17. As a direct and proximate cause of Defendants' acts, Plaintiff was deprived medical attention for approximately seventy two (72) hours.

18. As a further result of the aforesaid of Defendant, its agents, servants, workmen and employees, Plaintiff, Wendy Thomas-Gober, suffered great pain and agony, humiliation, embarrassment and emotional distress and may continue to suffer same for an indefinite period of time, perhaps permanently.

19. As a further result of the aforesaid of Defendant, its agents, servants, workmen and employees, Plaintiff, Wendy Thomas-Gober, has been and may in the future be disabled and unable to pursue her usual occupations, activities and pleasures of daily living and has or may have suffered a loss and depreciation of her earning power and earning capacity which may be permanent.

20. As a further result of the aforesaid occurrence, Plaintiff has incurred and may hereafter incur other financial expenses including, but not limited to, costs for medical care and medical attention, which she is entitled to recover.

21. The actions of Defendants deprived plaintiff of his rights, *inter alia*, guaranteed under the Fourth and Fourteenth Amendments of the United States Constitution; 42 U.S.C. §§ 1983, 1985, and 1988; and the laws of the Commonwealth of Pennsylvania.

## COUNT I

### CIVIL RIGHTS VIOLATION- *4th & 14th* Amendments

*Plaintiff v. Miller*

22. Plaintiff hereby incorporates paragraphs 1-21 above as if fully set forth at length herein.

23. At the time of Defendants' arrest and detention, Plaintiff had not committed any infraction to legally justify the force.

24. Defendants actions stated above, *inter alia,* were committed under color of state law and were violations of Plaintiff's clearly establish and well settled Constitutional and other legal rights.

25. Defendants caused plaintiff to suffer excessive force by their wrongful conduct all in violation of the Fourth and Fourteenth Amendments to the United States Constitution.

26. As a result, Plaintiff suffered and continues to suffer harm, including financial (wage loss, attorneys fees, and loss of earning capacity) and emotional distress, *inter alia*, in violation of her rights under the laws and Constitution of the United States of America, in particular the Fourth and Fourteenth Amendments thereto, and Title 42 U.S.C. §§ 1983, 1985, and 1988, et seq.

## COUNT II

### CIVIL RIGHTS VIOLATION-*MONELL*

*Plaintiff v. Borough and Miller, in his Official Capacity*

27. Plaintiff hereby incorporates paragraphs 1-26 above as if fully set forth at length herein.

28. Prior to the events described herein, Defendants developed and maintained policies, practices, procedures and customs exhibiting deliberate indifference to the Constitutional right of persons within the geographic and jurisdictional limits of Delaware County and City of Darby which caused violations of Plaintiff's constitutional and other rights.

29. Specifically, Defendants' failed to adequately and properly supervise and train in various aspects of law enforcement, criminal prosecution procedure and substance, including, but not limited to, the proper use of force, and the laws of the United States, Commonwealth of Pennsylvania, and otherwise.

30. The above described acts or omissions by Defendants, demonstrated a deliberate indifference to the rights of citizens of Delaware County and City of Darby, such as Plaintiff, and were the cause of the violations of Plaintiff's rights as set forth herein.

## VI. Prayer for Relief

**WHEREFORE**, Plaintiff requests this Honorable Court enter judgment in her favor and against Defendants, individually, jointly and severally, in an amount in excess of $75,000.00, plus such other and further relief as this Honorable Court deems necessary and just, and to Order the following relief:

a. Injunctive relief including but not limited to monitoring and education;
b. Statutory damages;
c. Compensatory damages, including; and
   i. Actual damages for financial injury (including but not limited to wage loss and loss of earning capacity, and medical expenses, pain and suffering and

emotional distress;

ii. Attorneys fees and expenses, and costs of suit; and

d. Punitive damages.

WEISBERG LAW, P.C.

MATTHEW B. WEISBERG
GRAHAM F. BAIRD
Attorneys for Plaintiff

**WEISBERG LAW, P.C.**
BY: Matthew B. Weisberg
Attorney ID # 85570
Graham F. Baird
Attorney ID #92692
7 South Morton Avenue
Morton, PA 19070
(610) 690-0801

| | | |
|---|---|---|
| Wendy Thomas-Gober<br>32 Marmont Circle<br>Darby, PA 19023<br>Plaintiff,<br><br>v.<br><br>Darby Borough, et al<br>821 Summit Street<br>Darby, PA 19023<br>Defendants. | : | COURT OF COMMON PLEAS<br>DELAWARE COUNTY<br>CIVIL LAW -- ACTION<br><br>No. 09-54996 |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that true and correct copies of Plaintiff's Civil Action Complaint were served upon the following parties on this 16th day of March, 2010:

Robert P. DiDomenicis, Esq.
Holsten & Associates
One Olive Street
Media, PA 19063

WEISBERG LAW, P.C.

MATTHEW B. WEISBERG
GRAHAM F. BAIRD
Attorneys for Plaintiff

**VERIFICATION**

The facts contained in the foregoing are true based upon the signer's personal knowledge or information and belief. If the foregoing contains averments which are inconsistent in fact, signer has been unable, after reasonable investigation, to ascertain which of the inconsistent averments are true, but signer has knowledge or information sufficient to form a belief that one of them is true. The language of this pleading is that of counsel and not of signer. This verification is made subject to the penalties of 18 PA C.S.A. §4904 relating to unsworn falsification to authorities.

Signature

Matthew B. Weisberg
Print name

Attorney for Plaintiff
TITLE

Date: 3/26/10

**VERIFICATION**

ROBERT P. DIDOMENICIS, ESQUIRE, hereby states that he is attorney for Defendants, Darby Borough and Officer Michael Miller, herein and verifies that the statements made in the foregoing Notice of Removal are true and correct to the best of his knowledge, information, and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S. section 4904 relating to unsworn falsification to authorities.

ROBERT P. DIDOMENICIS, ESQUIRE

DATED: 3/31/10

**CERTIFICATE OF SERVICE**

I, **Robert P. DiDomenicis, Esquire**, counsel for Defendants, Darby Borough and Officer Michael Miller hereby states that a true and correct copy of the attached Notice of Removal was served upon the following individual via United States First Class Mail, this 31st day of March, 2010.

Matthew B. Weisberg, Esquire
7 South Morton Avenue
Morton, PA 19070

Respectfully submitted,
**HOLSTEN & ASSOCIATES**

**Robert P. DiDomenicis, Esquire**
**Attorney for above named Defendants**