IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY THOMAS-GOBER | : | CIVIL ACTION |
| v. | : | |
| MICHAEL MILLER | : | NO. 10-1452 |

## **O R D E R**

AND NOW, this 19th   day of May, 2011, the following schedule is HEREBY ORDERED in the above captioned matter.

1. All discovery (including responses) is to be completed by **July 15, 2011**.

2. All motions regarding expert witnesses shall be filed by **July 21, 2011.** Responses to such motions shall be filed by **August 4, 2011.**

3. All Motions in Limine shall be filed by **August 11, 2011.** Responses to such motions shall be filed by **August 25, 2011.**

4. A Pretrial Stipulation, signed by all counsel, shall be filed by **September 15, 2011.** (See Standing Order Re Pretrial Stipulation, attached hereto).

5. A Final Pretrial Conference will be held in Courtroom 6 of the Robert N.C. Nix Building, 900 Market Street, at **9:30 a.m.** on **Thursday, October 6, 2011.**

6. JURY SELECTION will take place at **9:30 a.m.** on **Tuesday, October 11, 2011**, with trial commencing immediately following jury selection.

By **September 15, 2011,** plaintiff will report in writing on counsels' serious settlement efforts.  Any party may request a settlement conference.

If any of the documents required by this Order are not electronically filed, counsel shall have a copy hand-delivered to Chambers on the day of filing.  The deadlines listed above are subject to revision only by the Court and only for good cause.  A stipulation among counsel will not alter the Court's calendar.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
Elizabeth T. Hey
UNITED STATES MAGISTRATE JUDGE

JUDGE HEY'S STANDING ORDER RE PRETRIAL STIPULATION

(JURY TRIAL)

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(1) and (2), a Pretrial Stipulation shall be submitted, containing the following:

1. Agreed facts. A conscientious effort should be made to narrow the areas of dispute.

2. Each party's disputed facts.

3. Two copies of each party's exhibits, as marked for trial. (Any objections to authenticity should be noted or will be considered waived. Exhibits shall be provided to the Court in the form of two, jointly prepared, loose leaf Exhibit Books, each separately numbering Joint Exhibits, Plaintiff's Exhibits, and Defendant's Exhibits.) If counsel expect to utilize oversized exhibits, please make the court aware so that we may make arrangements with Court Security Officers.

4. Each party's witnesses and the subject matter of the witness's testimony.

5. Unusual issues - contentions and authority.

6. Proposed voir dire questions, requests for jury instructions, and a proposed jury verdict form. Counsel shall make a good faith effort to agree upon as many of these items as possible. ( THESE ITEMS ARE TO BE SUBMITTED IN HARD COPY AND ON DISK (WORDPERFECT IF POSSIBLE) OR EMAILED TO THE LAW CLERK ASSIGNED TO THE CASE.)

7. A statement of the electronic equipment that each side will be bringing for the presentation of its case and any request for additional electronic equipment that counsel will request the court to provide.

8. The signed approval of trial counsel for each party.

IT SHALL BE THE RESPONSIBILITY OF PLAINTIFF'S COUNSEL TO CIRCULATE A DRAFT OF THIS PRETRIAL STIPULATION AT LEAST ONE WEEK BEFORE IT IS DUE.