AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

WENDY THOMAS-GOBER
*Plaintiff*
v.
MICHAEL MILLER
*Defendant*

Civil Action No. 10-1452

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* MICHAEL MILLER recover costs from the plaintiff *(name)* WENDY THOMAS GOBER.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge ELIZABETH T. HEY presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☐ decided by Judge ______ on a motion for

Date: 10/13/2011

*CLERK OF COURT*

Lara L. Karlson
*Signature of Clerk or Deputy Clerk*